# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 4, 2026

**By ECF**
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Emir Balat & Ibrahim Kayumi
    26-Cr-131 (VSB)

Dear Judge Broderick:

We represent Ibrahim Kayumi in the above-captioned matter. We write to request that the Court adjourn the upcoming status conference by approximately sixty days. Counsel for Emir Balat, Sabrina Shroff, joins in this request. The government consents to the adjournment.

Mr. Kayumi and Mr. Balat are teenagers who are charged with, among other counts, use of a weapon of mass destruction. They were arrested in February, detained, and arraigned before the Court on April 15. A status conference is scheduled for June 16.

We received the government's first discovery production on May 19. That production included nearly two terabytes of materials, including cell phone extractions, ESI, and over three hundred videos. We understand that the government may produce further search warrant returns, including several more extractions from other electronic devices.

Given the large volume of discovery, Mr. Kayumi's age, his substantial sentencing exposure, and the limited access he has to review discovery while detained at the MDC, we require more time to review the discovery with Mr. Kayumi in order to provide constitutionally effective assistance. Ms. Shroff joins in the request as to Mr. Balat for the same reasons.

Accordingly, we request that the Court adjourn the upcoming conference to the week of August 17. We consent to the exclusion of time until the next conference date.

Sincerely,

Michael Arthus
Marisa Cabrera
Assistant Federal Defenders
212-417-8760

cc. (by ECF): Counsel of Record