UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA        :

                                      :

                                      :               26-CR-131 (VSB)

          -v-                   :

                                      :                  **ORDER**

EMIR BALAT and IBRAHIM KAYUMI,   :

               Defendants.   :

                                        :

--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Due to a conflict with the Court's schedule, it is hereby:

       ORDERED that the status conference currently scheduled for August 18, 2026 at 11:00

a.m. is adjourned to August 24, 2026 at 1:00 p.m.

SO ORDERED.

Dated: July 1, 2026
        New York, New York

                                    _____
                                    Vernon S. Broderick
                                    United States District Judge